RECEIVED
IN LAKE CHARLES, LA
DEC 22 2016
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 6:16-cr-00140-02 |
| VERSUS | JUDGE MINALDI |
| TYLER SHY | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Tyler Shy, is ACCEPTED and he is finally adjudged guilty of the offense charged in Count one of the bill of information, consistent with the report and recommendation.

Lafayette, Louisiana, this 19 day of Dec, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE